**FILED**

MAY 17 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                           No CV 10 80065 MISC VRW

Stephen Howard Beecher,
                                            ORDER
    State Bar No 137509
_____/

On March 16, 2010, the court issued an order to show cause (OSC) why Stephen Howard Beecher should not be removed from the roll of attorneys authorized to practice law before this court, based upon his 60 day suspension by the Supreme Court of California, effective February 13, 2010.

The OSC was mailed to Mr Beecher's address of record with the State Bar on March 18, 2010, but was returned by the post office as unclaimed. A written response was due on or before April 30, 2010. No response to the OSC has been filed as of this date.

The California State Bar web site indicates that Mr Beecher is now on active status as of April 14, 2010, and may practice law in California.

The OSC is therefore discharged. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In The Matter of

Stephen Howard Beecher,

_____/

Case Number: C 10-80065   VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stephen Howard Beecher
PO Box 57077
Sherman Oaks, CA 91413

Dated: May 17, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*